# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

MICHAEL L. GAYLE, )
　) 
　　Plaintiff, )
　)
v. ) Case No. CV410-023
　)
LARRY CHISOLM, District Attorney )
and ARVO HENIFIN, Assistant )
District Attorney, )
　)
　　Defendants. )

## **REPORT AND RECOMMENDATION**

Michael L. Gayle filed this action on February 1, 2010. Doc. 1. He moved for leave to proceed in forma pauperis. Doc. 2. The Court granted that motion and directed him to submit a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form within 30 days. Doc. 5. It also warned him that failure to comply could result in dismissal of his case. Doc. 5 at 5. In that Gayle has failed to comply, this case should be **DISMISSED WITHOUT PREJUDICE** for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); see Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v.

*Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 28th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA