FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 17 AM 11: 56
CLERK [signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL L. GAYLE, )
  )
  Plaintiff, )
  )
v. ) CASE NO. CV410-023
  )
LARRY CHISOLM, District )
Attorney, and ARVO HENFIFIN, )
  )
  Defendants. )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 17th day of September 2010.

[signature]
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA